**ROBERT V. CLAPP CO v FOX, et**

Ohio Supreme Court
No. 22846. Decided Oct 28, 1931

Jones, Matthias, Day, Allen and Robinson, JJ, concur. Kinkade, J, concurs in the judgment.

Full opinion will be published later. Watch **Omnibus Index.**